# CITATION

*VIKKI TUCKER*

*Versus*

*WAFFLE HOUSE, INC.*



*Case: 118-609*
*Division: A*
*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

---

TO: **WAFFLE HOUSE, INC.**
   **Through their registered agent, INCORP SERVICES, INC.**
   **3867 PLAZA TOWER DR., 1ST FLOOR**
   **BATON ROUGE, LA 70816**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PETITION FOR DAMAGES & JURY ORDER. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 9TH day of AUGUST, 2012.

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

By: _Sabrina C. Foise_
Deputy Clerk
/S/Sabrina C. Foise

SCF

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
   Returned Parish of St. Bernard _____, _____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
   Returned Parish of St. Bernard _____, _____.

Sheriff

EXHIBIT
A

THIRTY FOURTH JUDICIAL DISCTRICT COURT
FOR THE PARISH OF ST. BERNARD
STATE OF LOUISIANA

**ORIGINAL**

**RECEIVED**

NO. 118 609

JAN 05 2012 DIV.

VIKKI TUCKER

*Lena R. Torres*

VERSUS

DEPUTY CLERK OF CO
ST. BERNARD PARI

WAFFLE HOUSE, INC.

**FAX**

FILED: DEC 2 7 2012

*Lena R. Torres*

DEPUTY CLERK

**A**

NUMBER:

VERSUS

SECTION:

WAFFLE HOUSE, INC.

MAGISTRATE:

## PETITION FOR DAMAGES- JURY TRIAL REQUESTED

COMES NOW, Petitioner, VICKI TUCKER, a person of the full age of majority and a resident of the parish of St. Bernard, State of Louisiana, and for her Petition states as follow:

### PRELIMINARY STATEMENT

1. This is a civil action for compensatory and punitive damages. Petitioner contends that while employed by the defendant, she was discriminated and harassed on the basis of her age, gender, and race. The defendant's deliberate actions and/or omissions resulted in Petitioner being subjected to age, gender, and race discrimination in violation of the protections guaranteed by the United States Constitution.

2. Petitioner maintains that the deprivations and violations of her constitutional rights were carried out pursuant to the rules, regulations, customs, policies and practices of the defendants.

3. Petitioner requests this Court declare that the acts and/or omissions by defendant was unconstitutional under the United States Constitution, and by an award of compensatory and punitive damages, compensate her for the violations of her constitutional rights and deter the defendant from further participation in such unconstitutional acts and/or omissions.

## THE PARTIES

4. Complainant, **VICKI TUCKER**, is a person of the full age of majority, fifty-eight (58) years of age and a resident of the Parish of St. Bernard, State of Louisiana at all times relevant to the allegations to this complaint. She is a citizen of the United States. Ms. Tucker was employed by the defendant. At all material times hereto, Complainant was discriminated against on account of her age, gender, and race with respect to her duties, position and salary.

5. Defendant, **WAFFLE HOUSE, INC.,** a corporation at all time relevant hereto was authorized to do and doing business in the Parish of St. Bernard, State of Louisiana, and as such is responsible for implementation and regulation of the policies, practices, and customs of the company, as well as the hiring, training, control, supervision, and discipline of its employees and other personnel.

6. At all times relevant, and in all of the actions described herein, defendant's employees were acting in their official and supervisory capacities as employees under Respondeat superior liability.

## STATEMENT OF FACTS

7. Complainant, **VICKI TUCKER**, was employed by the defendants. During the course and scope of her employment with the defendants, she was subjected to diverse and bias treatment in comparison to the other employees, who were of a younger age group, different gender, different color. Ms. Tucker, was employed as a waitress.

8. Ms. Tucker made a complaint with Waffle House by calling the Associate Hotline on or about December 2010 regarding discrimation and harrassment from her co-workers.

9. On June 20, 2011 Ms. Tucker received a letter from Waffle House (Exhibit "A") stating that there was sufficient evidence to support some of her allegations.

2

10.     Ms. Tucker made a second complaint with Waffle House by calling the Associate Hotline regarding discrimation and harrassment from her co-workers.

11.     Ms. Tucker's employment was terminated on or about December 23, 2010.

12.     On October 9, 2011, Vicki Tucker, filed a Discrimination Claim with the Louisiana Commission on Human Rights (Exhibit "C").

13.     On October 9, 2011, Vicki Tucker, filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission, New Orleans Field Office – 461 (Exhibit "D").

14.     On November 8, 2011, Vicki Tucker received her Right to Sue letter from the U.S. Equal Employment Opportunity Commission (Exhibit "E").

15.     Vicki Tucker believes she has been discriminated against because of her age, 58, in violation of the Age Discrimination in Employment Act, in that the reasons given for her discharge are not true. She was discharged by company officials who are considerably younger than her and was replaced by a young employee.

16.     Vicki Tucker believes she has been discriminated against because of her race, white, in violation of the Race Discrimination in Employment Act, in that the reasons given for her discharge are not true. She was discharged by company officials who are of opposite race and was replaced by opposite race than her.

17.     As a result of the misconduct herein before described, including but not limited to the harassment and age, gender, and race discrimination, Petitioner has experienced humiliation, emotional distress, mental pain and suffering, legal fees and expenses, loss of past, present and future earnings, loss of quality of life and was otherwise damaged.

18.     The actions of the defendant constitute punishment of Petitioner thereby denying the Complainant the rights guaranteed her by the United States Constitution, in addition to the Civil Rights Act.

19. Defendants violated complainant's rights guaranteed and protected under the **Employment Discrimination Act**.

20. Waffle House, Inc. developed and maintained policies or customs exhibiting deliberate indifference to the constitutional rights of all of the persons in their employ, which caused the violation of Vicki Tucker's rights.

21. It was the policy and/or custom of defendants to harass and discriminate against certain employees based on their age, gender, and race.

22. It was the policy and/or custom of the defendant to inadequately supervise and train its employees, thereby failing to adequately discourage further constitutional violations on the part of its employees.

23. The acts and conduct herein before alleged constitute conversion, age discrimination, gender discrimination, as well as racial discrimination, malicious actions and abuse of process under the laws of the State of Louisiana.

24. At all pertinent times the defendant employees of the Company were acting in the course and scope of her employment and the defendant, Waffle House, Inc. and are vicariously liable for the injuries and damages incurred herein.

25. The defendant is liable individually, jointly and in solido for their actions as alleged herein.

26. Petitioner further alleges that the above-described actions were the proximate cause and cause in fact of the injuries sustained by Petitioner.

27. Petitioner further request trial by jury as to all issues applicable.

### PRAYER

**WHEREFORE**, Complainant prays for the following relief, jointly, severally, and in solido against defendant:

1. Compensatory damages in an amount reasonable in the premises; including but not limited to lost wages, front pay, back pay, including all benefits and reinstatement;

4

2.   Punitive damages in an amount to conform to the latest dictates of the United States Supreme Court;

3.   Attorney's fees and costs;

4.   Interest from date of judicial demand until paid;

5.   For an order enjoining defendants from engaging in any of the unlawful acts, omissions, or practices complained of herein;

6.   For an order declaring that the defendant has acted in violation of the United States Constitution.

RESPECTFULLY SUBMITTED,

KEITH COUTURE, #22759
WESLEY LEVESQUE, #31235
Couture & Levesque LLC
337 Highway 21, Suite D
Madisonville, LA 70447
(985) 674-4428
(985) 674-4462 Fax

Please Serve

Waffle House, Inc.
Through their registered agent
INCORP Services, Inc.
3867 Plaza Tower Dr., 1st. Floor
Baton Rouge, LA 70816

**A TRUE COPY**
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By Sabrina C. Folse
DEPUTY CLERK

/S/Sabrina C. Folse

AUG 0 9 2012

5



**"GOOD FOOD FAST"®**

P.O. Box 6450 ● Norcross, Georgia 30091-6450

(770) 729-5700

CHis

118 609

**FILED**

JAN 05 2012

/S/CYNTHIA B. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

June 20, 2011

Vicki Tucker
401 E. Josephine Street
Chalmette, LA. 70043-2232

RE:  Associate Hotline Complaint

Thank you for reporting your complaint. The investigation revealed the following:

    **X**   *We did find sufficient evidence to support some of your allegations*

    _____  *We did not find sufficient evidence to support your allegations*

Please note that it is a violation of Waffle House policy for you to be subjected to retaliation or a negative employment action for making this complaint. If at any time you believe you are being subjected to discrimination, harassment or retaliation, call the ASSOCIATE HOTLINE IMMEDIATELY AT 1-800-818-6943.

If you have any questions about this investigation or our findings, or have additional information to share about this matter that may change our findings, please call the assigned Waffle House Investigator Stephanie Peacock at 504-3739975.

Sincerely,

Bridgette Bonny
Waffle House Legal Department

**EXECUTIVE OFFICES ● 5986 FINANCIAL DRIVE ● NORCROSS, GEORGIA 30071**

### COUTURE & LEVESQUE LLC
#### Attorneys & Counselors

118  609

| | | |
|---|---|---|
| Keith M. Couture[1] | 537 Highway 21 Suite D | Mississippi Office |
| Wesley J. Levesque[2] | Madisonville, Louisiana 70447 | 107 W. Johnson St. |
| 1 Admitted in Louisiana & Georgia | | P.O. Box 8 |
| 2 Admitted in Louisiana & Mississippi | (985) 674-4428 | Bruce, MS 38915 |
| | (985) 674-4462 Fax | (662) 983-3000/3030 Fax |
| | www.couturelaw.net | |

Of Counsel:

Richard A. Richardson[3,4,5]

3 Madisonville Office

4 LLM Taxation

5 Admitted in Louisiana only

Reply To:

Madisonville Office
October 19, 2011

Of Counsel:

Benjamin A. Suber[6,7,8]

6 Mississippi Office

7 Suber Law Firm PLLC

8 Admitted in Mississippi only

**FILED**

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

Louisiana Commission on Human Rights
P.O. Box 94094
Baton Rouge, LA 70804-9094

Re:   Vicki Tucker Discrimination Claim

To Whom It May Concern:

Please be advised that my firm has been retained to represent Ms. Vicki Tucker in regards to claim of discrimination.

I would appreciate you directing any and all inquires, correspondence and/or documentation to my attention.  In addition, I would appreciate you providing my office with confirmation of receipt of this notice.

Should you have any questions please do not hesitate to contact my office.

With kindest regards I remain,

Sincerely,

Wesley J. Levesque

WJL/mda

Enclosure

118  609



**LOUISIANA COMMISSION ON HUMAN RIGHTS**
**OFFICE OF THE GOVERNOR**
Post Office Box 94094
Baton Rouge, Louisiana 70804-9094
(225) 342-6969 Phone • (225) 342-2063 Fax
**INTAKE QUESTIONNAIRE**

**FILED**

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

Please immediately complete the entire form and return it to the Louisiana Commission on Human Rights ("LCHR").
REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally
within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to
determine LCHR coverage. Answer all questions as completely as possible, and attach additional pages if needed to
complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a
question is not applicable, write "n/a."

*(PLEASE PRINT)*

1.    **Personal Information**
Last Name: _Tucker_    First Name: _Vicki_    MI: _A_
Street or Mailing Address: _411 East Josephine St_    Apt Or Unit #:____
City: _Chalmette_    County: _St. Bernard_    State: _LA_    Zip: _70043_
Phone Numbers: Home: (_504_) _220-3864_    Work: (____)____
Cell: (_504_) _418-0138_    Email Address:____
Date of Birth: _11-22-53_    Sex: Male____ Female _✓_ Race:____
National Origin / Ethnicity _white_    Do You Have a Disability?  Yes _✓_  No ▢

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: _Keith Couture_    Relationship: _Attorney_
Address: _337 Hwy 21 Ste D_    City: _Madisonville_    State: _LA_ Zip Code: _70447_
Home Phone: _985674-4428_ Other Phone: (___)____

I believe that I was discriminated against by the following organization(s):  (Check those that apply)

Employer _✓_    Union____    Employment Agency____    Other (Please Specify)____

2.    **Organization Contact Information**
Organization #1 Name: _Waffle House_
Address: _6720 St. Claude Ave Unit 1860_ County: _St. Bernard_
City: _Arabi_    State: _LA_ Zip: _70032_    Phone: (_504_) _664-3371_
Type of Business: _Restaurant_    Job Location if different from Org. Address:____
Human Resources Director or Owner Name: _Clark Stewart_    Phone: _251-753-2045_
Number of Employees in the Organization at All Locations: Please Check (✓) One

Less Than 15 ▢    15 – 100 ▢    101 – 200 ▢    201 – 500 ▢    More 500 _✓_

Organization #2 Name: ____
Address: ____    County: ____

\118  609



U.S. Equal Employment
Opportunity Commission

Progress:

EAS HOME | EEOC.GOV | PRIVACY

To be able to tell you where to bring or mail your completed questionnaire, we need to know your zip code and state.

Your Zip Code: 70043     Your State/Territory: Louisiana

We will only use the state you selected.

**FILED**

JAN 05 2012

/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

1. Print or write down the following address:
   **EEOC-New Orleans Field Office**
   **1555 Poydras Street**
   **Suite 1900**
   **New Orleans, LA 70112**
2. Get the PDF questionnaire file.
3. Complete the questionnaire, sign it, and bring it or mail it to the office indicated above.
4. More information about this office is available here.

You may perform a manual look-up if you feel this is in error.

Phone: 1-800-669-4000 TTY: 1-800-669-5820 Internet: www.eeoc.gov Email: info@eeoc.gov Technical Support: eas.techsupport@eeoc.gov

https://egov.eeoc.gov/eas/questionnaire.jsp?action=location&zip=70043&state=LA            9/26/2011



**FILED**

JAN 05 2012

 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ~~MARILLUA E. GALLARDO~~
CLERK OF COURT
ST. BERNARD PARISH

Thank you for using the EEOC Assessment System. The information you gave us indicates that your situation may be covered by the laws we enforce. If you want to file a charge, you can start the process by filling out the Intake Questionnaire, signing it, and either bringing it or mailing it to the EEOC office listed below right away. If you live within 50 miles of the EEOC office listed below, we recommend that you bring the completed questionnaire with you to this office to discuss your situation.

> EEOC New Orleans Field Office
> 1555 Poydras Street
> Suite 1900
> New Orleans, LA 70112

If you would like to bring the questionnaire to us in person instead of mailing it to us, please click http://www.eeoc.gov/field/index.cfm to find out the office hours of the EEOC office closest to you. If you would like to fax the questionnaire to us, please click http://www.eeoc.gov/field/index.cfm to find out the fax number of the office nearest to you.

You should be aware that filing a charge can take up to two hours. If you find that you are having difficulty completing the questionnaire on your own, you may call the number below for assistance.

Please be sure to:

- Answer all questions as completely as possible.
- Include the location where you work(ed) or applied.
- Complete all pages and sign the last page.
- Attach additional pages if you need more space to complete your responses.

You can find out more information about the laws we enforce and our charge-filing procedures on our website at www.eeoc.gov.

If you want to file a charge about job discrimination, there are time limits to file the charge. In many States that limit is 300 days from the date you knew about the harm or negative job action, but in other States it is 180 days. To protect your rights, it is important that you fill out the questionnaire, sign it, and bring it or send it to us right away.

**Filling out and bringing us or sending us this questionnaire does not mean that you have filed a charge.** This questionnaire will help us look at your situation and figure out if you are covered by the laws we enforce. If you live within 50 miles of the office listed above, we recommend that you bring the completed questionnaire to us to discuss your situation. If you mail the completed questionnaire to us, someone from the EEOC should contact you by mail or by phone within 30 days. If you don't hear from us in 30 days, please call us at **1-800-669-4000.**

Sincerely,

U.S. Equal Employment Opportunity Commission

**Phone: 1-800-669-4000**     **TTY: 1-800-669-6820**     **Internet: www.eeoc.gov**     **Email: info@eeoc.gov**

.118   609

**FILED**



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1.   Personal Information**

Last Name: Tucker _____ First Name: Vicki _____ MI: A

Street or Mailing Address: 41 East Josephine St _____ Apt Or Unit #: _____

City: Chalmette _____ County: St. Bernard _____ State: Louisiana _____ ZIP: 70043

Phone Numbers: Home: ( 504 ) 220-3864 _____ Work: ( ___ ) _____

Cell: ( 504 ) 418-0138 _____ Email Address: _____

Date of Birth: 11-22-53 _____ Sex: Male ☐ Female ☒ Do You Have a Disability? ☒ Yes ☐ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaska Native ☐ Asian ☒ White

☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? United States of America

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Keith Couture _____ Relationship: Attorney

Address: 337 Highway 21 Suite D _____ City: Madisonville _____ State: LA Zip Code: 70447

Home Phone: ( 985 ) 674-4428 _____ Other Phone: ( ___ ) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Waffle House _____

Address: 6720 St. Claude Ave. Unit 1860 _____ County: St. Bernard _____

City: Arabi _____ State: LA Zip: 70032 _____ Phone: ( 504 ) 684-3371

Type of Business: Restaurant _____ Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Clark Stewart _____ Phone: 251-753-2045

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☐ Fewer Than 15 ☐ 15 - 100 ☐ 101 - 200 ☐ 201 - 500 ☒ More than 500

**3. Your Employment Data** (Complete as many items as you can) **Are you a Federal Employee?** ☐ Yes ☒ No

Date Hired: 9-9-2010 _____ Job Title At Hire: Waitress _____

Pay Rate When Hired: 2.19 _____ Last or Current Pay Rate: 3.20

Job Title at Time of Alleged Discrimination: Waitress _____ Date Quit/Discharged: 12-23-2010

Name and Title of Immediate Supervisor: Ms. Alveda unit manager _____

2

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☒ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing ☐ ii. family medical history ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

| A) Date: 11-22-2010 -12-23-2010 | Action: Jeneane, Joann, and other staff members who were all black making discriminatory remarks regarding my race and age. |
|---|---|

Name and Title of Person(s) Responsible: other waitress and supervisor

| B) Date: 12-23-2010 | Action: terminated for reporting my discrimination by my supervisor |
|---|---|

Name and Title of Person(s) Responsible: Ms. Alveda unit manager

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
The remarks of other waitress were very discriminatory in nature regarding my age and race. When I reported the conduct as I was the only Caucasian working in this location to my unit manager she refused to take any action. I then reported it to the hotline for the company and an investigation was started. I received a letter stating that they did find sufficient evidence to support some of my allegations. however nothing was done to return me to my position.

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
I was constantly told it was going to be fixed but nothing has been done and I have not been offered my employment back.

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Jenean | Black female | waitress |

Description of Treatment  Never was written up for anything no matter what she did

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Joann | Black female | waitress |

Description of Treatment  Never was written up for anything no matter what she did

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |
| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
| Description of Treatment | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Description of Treatment | | |
| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
| Description of Treatment | | |

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:

☐ Yes. I have a disability

☐ I do not have a disability now but I did have one

☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

Yes ☐   No ☐

If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?

Yes ☐   No ☐

If "YES", when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

4

**13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Mr. Joe | customer | |

**What do you believe this person will tell us?**
All facts of discrimination

| B.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

**What do you believe this person will tell us?**
All facts of discrimination

**14.  Have you filed a charge previously in this matter with EEOC or another agency?     Yes ☐    No ☒**

**15.  If you have filed a complaint with another agency, provide name of agency and date of filing:**

**16.  Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☒   No ☐**
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Couture & Levesque, L.L.C.

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.**  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  **If you do not file a charge of discrimination within the time limits, you will lose your rights.**  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

Box 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  **I also understand that I could lose my rights if I do not file a charge in time.**

Box 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.**  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Vicki Tucker_    _9-25-11_
Signature          Today's Date

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting personal data and the uses thereof are.
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

# COUTURE & LEVESQUE LLC

### Attorneys & Counselors

.118  609

Keith M. Couture[1]
Wesley J. Levesque[2]
1 Admitted in Louisiana & Georgia
2 Admitted in Louisiana & Mississippi

Of Counsel:
Richard A. Richardson[3,4,5]
3 Madisonville Office
4 LLM Taxation
5 Admitted in Louisiana only

337 Highway 21 Suite D
Madisonville, Louisiana 70447

(985) 674-4428
(985) 674-4462 Fax
www.couturelaw.net

Reply To:

**Madisonville Office**
October 19, 2011

Mississippi Office
107 W. Johnson St.
P.O. Box 8
Bruce, MS 38915
(662) 983-3000/3030 Fax

Of Counsel:
Benjamin A. Suber[6,7,8]
6 Mississippi Office
7 Suber Law Firm PLLC
8 Admitted in Mississippi only

**FILED**

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

EEOC-New Orleans Field Office
1555 Poydras Street
Suite 1900
New Orleans, LA 70112

Re:   Vicki Tucker Discrimination Claim

To Whom It May Concern:

Please be advised that my firm has been retained to represent Ms. Vicki Tucker in regards to claim of discrimination.

I would appreciate you directing any and all inquires, correspondence and/or documentation to my attention.  In addition, I would appreciate you providing my office with confirmation of receipt of this notice.

Should you have any questions please do not hesitate to contact my office.

With kindest regards I remain,

Sincerely,

Wesley J. Levesque

WJL/mda

Enclosure

FILED

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

 **EEOC**
U.S. Equal Employment
Opportunity Commission

EAS HOME | EEOC.GOV | PRIVACY

To be able to tell you where to bring or mail your completed questionnaire, we need to know your zip code and state.

Your Zip Code: 70043     Your State/Territory: Louisiana           Find Office

We will only use the state you selected.

1. Print or write down the following address:
   **EEOC-New Orleans Field Office**
   **1555 Poydras Street**
   **Suite 1900**
   **New Orleans, LA 70112**
2. Get the PDF questionnaire file.
3. Complete the questionnaire, sign it, and bring it or mail it to the office indicated above.
4. More information about this office is available here.

You may perform a manual look-up if you feel this is in error.

Phone: 1-800-669-4000 TTY: 1-800-669-6820 Internet: www.eeoc.gov Email: info@eeoc.gov Technical Support: eas.techsupport@eeoc.gov

118   609

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Thank you for using the EEOC Assessment System. The information you gave us indicates that your situation may be covered by the laws we enforce. If you want to file a charge, you can start the process by filling out the Intake Questionnaire, signing it, and either bringing it or mailing it to the EEOC office listed below right away. If you live within 50 miles of the EEOC office listed below, we recommend that you bring the completed questionnaire with you to this office to discuss your situation.

~~FILED~~

> EEOC New Orleans Field Office
> 1555 Poydras Street
> Suite 1900
> New Orleans, LA 70112

JAN 05 2012

/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

If you would like to bring the questionnaire to us in person instead of mailing it to us, please click http://www.eeoc.gov/field/index.cfm to find out the office hours of the EEOC office closest to you. If you would like to fax the questionnaire to us, please click http://www.eeoc.gov/field/index.cfm to find out the fax number of the office nearest to you.

You should be aware that filing a charge can take up to two hours. If you find that you are having difficulty completing the questionnaire on your own, you may call the number below for assistance.

Please be sure to:

·    Answer all questions as completely as possible.
·    Include the location where you work(ed) or applied.
·    Complete all pages and sign the last page.
·    Attach additional pages if you need more space to complete your responses.

You can find out more information about the laws we enforce and our charge-filing procedures on our website at www.eeoc.gov.

If you want to file a charge about job discrimination, there are time limits to file the charge. In many States that limit is 300 days from the date you knew about the harm or negative job action, but in other States it is 180 days. To protect your rights, it is important that you fill out the questionnaire, sign it, and bring it or send it to us right away.

**Filling out and bringing us or sending us this questionnaire does not mean that you have filed a charge.** This questionnaire will help us look at your situation and figure out if you are covered by the laws we enforce. If you live within 50 miles of the office listed above, we recommend that you bring the completed questionnaire to us to discuss your situation. If you mail the completed questionnaire to us, someone from the EEOC should contact you by mail or by phone within 30 days. If you don't hear from us in 30 days, please call us at **1-800-669-4000**.

Sincerely,

U.S. Equal Employment Opportunity Commission

**Phone: 1-800-669-4000**      **TTY: 1-800-669-6820**      **Internet:** www.eeoc.gov      **Email:** info@eeoc.gov

ll18  609



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

FILED

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1.    Personal Information**

Last Name: Tucker          First Name: Vicki          MI: A

Street or Mailing Address: 41 East Josephine St          Apt Or Unit #:

City: Chalmette          County: St. Bernard          State: Louisiana          ZIP: 70043

Phone Numbers: Home: ( 504 ) 220-3864          Work: ( )

Cell: ( 504 ) 418-0138          Email Address:

Date of Birth: 11-22-53          Sex: Male ☐    Female ☒    Do You Have a Disability?    ☒ Yes    ☐ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino?    ☐ Yes    ☒ No

ii.  What is your Race? Please choose all that apply.    ☐ American Indian or Alaska Native    ☐ Asian    ☒ White
          ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?  United States of America

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Keith Couture          Relationship: Attorney

Address: 337 Highway 21 Suite D          City: Madisonville          State: LA   Zip Code: 70447

Home Phone: ( 985 ) 674-4428    Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify)

**Organization Contact Information** (if the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name:  Waffle House

Address: 6720 St. Claude Ave. Unit 1860          County: St. Bernard

City: Arabi          State: LA   Zip:  70032    Phone: ( 504 ) 684-3371

Type of Business: Restaurant          Job Location if different from Org. Address:

Human Resources Director or Owner Name: Clark Stewart          Phone: 251-753-2045

Number of Employees in the Organization at All Locations: Please Check (√) One

☐ Fewer Than 15    ☐ 15 - 100    ☐ 101 - 200    ☐ 201 - 500    ☒ More than 500

**3.  Your Employment Data** (Complete as many items as you can)    **Are you a Federal Employee?** ☐ Yes  ☒ No

Date Hired: 9-9-2010          Job Title At Hire: Waitress

Pay Rate When Hired: 2.19          Last or Current Pay Rate: 3.20

Job Title at Time of Alleged Discrimination:  Waitress          Date Quit/Discharged:  12-23-2010

Name and Title of Immediate Supervisor: Ms. Alveda unit manager

2

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**4.   What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race   ☐ Sex   ☒ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☒ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____

Other reason (basis) for discrimination (Explain). _____

**5.   What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date:  11-22-2010 -12-23-2010  Action: Jeneane, Joann, and other staff members who were all black making discriminatory
                                          remarks regarding my race and age.

Name and Title of Person(s) Responsible: other waitress and supervisor

B) Date:  12-23-2010          Action: terminated for reporting my discrimination by my supervisor

Name and Title of Person(s) Responsible: Ms. Alveda unit manager

**6.   Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
The remarks of other waitress were very discriminatory in nature regarding my age and race. When I reported the conduct as I was the only Caucasian working in this location to my unit manager she refused to take any action. I then reported it to the hotline for the company and an investigation was started. I received a letter stating that they did find sufficient evidence to support some of my allegations, however nothing was done to return me to my position.

**7.   What reason(s) were given to you for the acts you consider discriminatory?   By whom?  His or Her Job Title?**
I was constantly told it was going to be fixed but nothing has been done and I have not been offered my employment back.

**8.   Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name<br>Jeneane | Race, sex, age, national origin, religion or disability<br>Black female | Job Title<br>waitress |
|---|---|---|

Description of Treatment  Never was written up for anything no matter what she did

| B. Full Name<br>Joann | Race, sex, age, national origin, religion or disability<br>Black female | Job Title<br>waitress |
|---|---|---|

Description of Treatment  Never was written up for anything no matter what she did

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

Of the persons in the same or similar situation as you, who was treated *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:

☐ Yes. I have a disability

☐ I do not have a disability now but I did have one

☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

Yes ☐  No ☐

If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?

Yes ☐  No ☐

If "YES", when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

4

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Mr. Joe | customer | |

What do you believe this person will tell us?
All facts of discrimination

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

What do you believe this person will tell us?
All facts of discrimination

14. Have you filed a charge previously in this matter with EEOC or another agency?     Yes ☐   No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☒   No ☐
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Couture & Levesque, L.L.C.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

Box 2   ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Vicki Tucker_                          _9-25-11_
Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.



**LOUISIANA COMMISSION ON HUMAN RIGHTS**
**OFFICE OF THE GOVERNOR**
Post Office Box 94094
Baton Rouge, Louisiana 70804-9094
(225) 342-6969 Phone • (225) 342-2063 Fax
**INTAKE QUESTIONNAIRE**

Please immediately complete the entire form and return it to the Louisiana Commission on Human Rights ("LCHR").
**REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally
within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to
determine LCHR coverage. Answer all questions as completely as possible, and attach additional pages if needed to
complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a
question is not applicable, write "n/a."

**(PLEASE PRINT)**

1.   **Personal Information**
Last Name: _Tucker_          First Name: _Vicki_          MI: _A_
Street or Mailing Address: _411 East Josephine St_                    Apt Or Unit #: _____
City: _Chalmette_          County: _St. Bernard_          State: _LA_          Zip: _70043_
Phone Numbers: Home: (_504_) _220-3864_          Work: (____) _____
Cell: (_504_) _418-0138_          Email Address: _____
Date of Birth: _11-22-53_          Sex: Male ___ Female _✓_ Race: _____
National Origin / Ethnicity _White_          Do You Have a Disability?   Yes _✓_   No ☐

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: _Keith Couture_          Relationship: _Attorney_
Address: _337 Hwy 21 Ste D_          City: _Madisonville_          State: _LA_ Zip Code: _70447_
Home Phone: _985 674-4428_ Other Phone: (____) _____

I believe that I was discriminated against by the following organization(s):  (Check those that apply)

Employer _✓_          Union _____          Employment Agency _____          Other (Please Specify) _____

2.   **Organization Contact Information**
Organization #1 Name: _Waffle House_
Address: _6720 St. Claude Ave Unit 1880_ County: _St. Bernard_
City: _Arabi_          State: _LA_ Zip: _70032_          Phone: (_504_) _664-3371_
Type of Business: _Restaurant_          Job Location if different from Org. Address: _____
Human Resources Director or Owner Name: _Clark Stewart_          Phone: _251-753-2045_
Number of Employees in the Organization at All Locations: Please Check (✓) One

Less Than 15 ☐          15 – 100 ☐          101 – 200 ☐          201 – 500 ☐          More 500 _✓_

Organization #2 Name: _____
Address: _____          County: _____

11/06/2011  12:18    5042778778          INK WELL PRINTING                                    PAGE  01/020

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION      118  609

## DISMISSAL AND NOTICE OF RIGHTS

To:   Vicki A. Tucker                                   From:  New Orleans Field Office
      41 East Josephine Street                                 1555 Poydras Street        **FILED**
      Chalmette, LA 70043                                      Suite 1900
                                                               New Orleans, LA 70112  JAN 05 2012
                                                               /S/CYNTHIA P. GALLARDO
                                                               CLERK OF COURT
                                                               ST. BERNARD PARISH

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

EEOC Charge No.              EEOC Representative                              Telephone No.

                             Maple Thomas,
461-2012-00124               Supervisory Investigator                        (504) 595-2866

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged
      discrimination to file your charge.

[ ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the
      information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with
      the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age
Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.
You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your
lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be
lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the
alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)**
before you file suit may not be collectible.

                                      On behalf of the Commission                    NOV 0 7 2011

                                      _____          _____
Enclosures(s)                         Keith T. Hill,                                    (Date Mailed)
                                      Director

cc:   Valencia Porter                           Wesley J. Levesque
      VP Employment Counsel                     Attorneys & Counselors at Law
      WAFFLE HOUSE, INC.                         337 Hwy. 21, Ste. D
      5986 Financial Drive                       Madisonville, LA 70447
      Norcross, GA 30071

11/08/2011  12:18   5042778778                    INK WELL PRINTING                    PAGE  02/02

118 609   **FILED**

Enclosure with EEOC
Form 161 (11/09)

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

JAN 05 2012
/S/CYNTHIA P. GALLARDO
CLERK OF COURT
ST. BERNARD PARISH

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice.** Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing your suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 – in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back-pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

34™ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO:   118-609                          DIVISION "A "

VIKKI TUCKER

VS

WAFFLE HOUSE INC.

FILED:   JAN 0 5 2012

Deputy Clerk
/S/CYNTHIA F. GALLARDO

**JURY ORDER**

Considering the request for a jury trial filed herein:

**IT IS ORDERED** that this matter shall be tried by a jury, subject to compliance with the requirements and in accordance with La. R.S. 13:3049(B) and La. C.C.P. Article 1734.1, requiring cash deposits in lieu of bond to defray the additional costs of a jury trial;

1.   The party seeking the trial by jury shall make a cash deposit for jury costs, in lieu of a jury bond, in an amount of **Two Thousand ($2,000.00) and no/100 Dollars**

for the first day and **Four Hundred ($400.00) and no/100 Dollars** per day for each additional day.   The deposit shall be made sixty (60) days prior to the commencement of the jury trial.

2.   In the event the party requesting the jury trial fails to make the deposit for jury costs, such failure shall entitle any other party to this litigation to request a jury trial within ten (10) days after the date on which the deposit for jury costs were due by the party initially requesting the jury trial, by compliance with the requirements of law and this order in timely making the required deposits to pay the additional costs of a jury trial.

3.   The failure of the party initially requesting the jury trial or any other party to timely post the required deposits shall result in a waiver of the right to a trial by jury and no jurors may be summoned for service as jurors in this trial.

4.   On the date on which the jury trial is commenced and during the course of the trial, the Court shall require the cash deposit of additional sums to pay expenses and costs in excess of the cash deposit provided for herein.

5.   The Court may require an additional amount to be filed during the trial if the deposits are insufficient to pay jury costs.

This Order is entered at Chalmette, Louisiana, on this ___ day of ___ 20__.

DISTRICT JUDGE

Requested by:
**WESLEY LEVESQUE, ATTY.**   985-674-4428

A TRUE COPY
**Randy S. Nunez**
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

By ___
DEPUTY CLERK

AUG 0 9 2012 /S/Sabrina C. Folse