UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI TUCKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2446** |
| **WAFFLE HOUSE, INC.** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

**J U D G M E N T**

This matter having come before the Court on Motion to Dismiss upon consent of the parties pursuant to 28 U.S.C. § 636(c), for the reasons separately assigned in the Court's written opinion; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of the defendant, Waffle House, Inc., and against the plaintiff, Vicki Tucker, dismissing with prejudice Tucker's claims under the Fourteenth Amendment of the United States Constitution, the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.,* the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.*, as well as for any federal claim Tucker may have attempted to bring for retaliation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of the defendant, Waffle House, Inc., and against the plaintiff, Vicki Tucker, dismissing without prejudice all of Tucker's state law claims, including the Louisiana state Constitution, subject to

refiling in Louisiana state court, because the Court declines to exercise its supplemental jurisdiction under 28 U.S.C. § 1367(c).

    New Orleans, Louisiana, this 11th day of April, 2013.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**
